UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:17-cv-00138 KJM AC |
| Plaintiff, | |
| v. | ORDER |
| SIU KEUNG CHANG, et al., | |
| Defendants. | |

On December 29, 2017, plaintiff filed a motion to compel. ECF No. 18. The parties failed to file a Joint Statement re Discovery Disagreement or an affidavit at least seven (7) days before the scheduled hearing, and the court issued an order resetting the hearing for February 7, 2018. ECF No. 19. The court noted that the parties' joint statement would be due January 31, 2018, and failure to comply with the order would result in monetary sanctions. Id. at 2. The court also noted that local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court. The parties again failed to make the required filing of their joint statement.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The motion hearing date of February 7, 2018, at 10:00 a.m. in Courtroom No. 26 is VACATED;

1

2. Counsel for each party will pay to the clerk of court $100.00 within 10 days of this order as sanctions for repeated failures to comply with this court's orders and the rules of this court;

3. The motion to compel at ECF No. 18 is STRICKEN; and

4. Failure to comply with this order may result in further sanctions.

IT IS SO ORDERED.

DATED: February 2, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE