UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>SIU KEUNG CHAN, RITA NGANCHAN, HANESHINDER SINGHCHAUHAN,<br><br>Defendants. | No. 2:17-cv-00138-KJM-AC<br><br><br>ORDER TO SHOW CAUSE |

On June 12, 2019 this court learned from its CM/ECF staff that it appears defendants' counsel, Mark T. Gallagher, has not been eligible to practice law since January 2019.

Accordingly, defendants' counsel is ORDERED to notify the court within fourteen days of the date of this order whether counsel is eligible to practice law, and if he is not, to show cause why the court should not sanction him for failure to notify the court of his illegibility under Local Rule 184(b).[1] Additionally, counsel is ordered to notify the court within seven (7) days whether he plans to substitute counsel for his clients.

/////

---

[1] "An attorney who is a member of the Bar of this Court or who has been permitted to practice in this Court shall promptly notify the Court of any disciplinary action or any change in status in any jurisdiction that would make the attorney ineligible for membership in the Bar of this Court or ineligible to practice in this Court. . . . ." L.R. 184(b).

1

In order to ensure Mr. Gallaher's receipt of this order, the clerk is hereby directed to serve it on Mr. Gallaher at his last known address, as well as specially serve it on Keith Cable, who appears to be Mr. Gallagher's former law partner at Cable Gallagher LLC, at:

> 101 Parkshore Drive, Suite 100
> Folsom, CA 95630-4726
> cablelaw@yahoo.com

IT IS SO ORDERED.

DATED: July 8, 2019.

_____
UNITED STATES DISTRICT JUDGE