UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>    Plaintiff,<br><br>    v.<br><br>Haneshinder Singh Chauhan,<br><br>    Defendant. | No. 2:17-cv-00138-KJM-AC<br><br>ORDER |

On May 18, 2021, plaintiff requested an entry of default as to defendant Haneshinder Singh Chauhan. *See* ECF No. 66. Shortly thereafter, the Clerk of Court declined plaintiff's request. ECF No. 67. On June 1, 2021, the court directed plaintiff to take appropriate action to cure the identified deficiencies and warned plaintiff the court "anticipate[d] dismissing the case against defendant Haneshinder Singh Chauhan" if plaintiff did not "adequately brief the issue of damages in this case." Minute Order, ECF No. 68. No further action has been taken by plaintiff to complete litigation of this case.

IT IS THEREFORE ORDERED that plaintiff show cause within fourteen days of the date of this order why this case should not be dismissed and closed for lack of prosecution under Federal Rule of Civil Procedure 41(b).

DATED: September 27, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE